**FILED**

**OCT 25 2018**

**J.S. RANKO**
**PROTHONOTARY**

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROBERT C. DAVIS, SR., Administrator of the ESTATE OF ESTHER DAVIS, Deceased, | CIVIL DIVISION |
| Plaintiff, | No.: 2018-5996 |
| v. | **PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION** |
| SOLARIS OILFIELD SITE SERVICES OPERATING, LLC, a Foreign Entity; and MARC GOMEZ, an Individual | |
| | Filed on Behalf of: PLAINTIFFS |
| Defendants. | |
| | Counsel of Record: |
| | Gary J. Ogg<br>PA I.D. #34515 |
| | David Kennedy Houck<br>PA I.D. #202280 |
| | Eve M. Elsen<br>PA I.D. #309653 |
| | OGG, MURPHY & PERKOSKY, PC<br>245 FORT PITT BOULEVARD<br>PITTSBURGH, PA 15222<br>412.471.8500 |
| | FIRM #568 |
| **JURY TRIAL DEMANDED** | |


EXHIBIT A

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROBERT C. DAVIS, SR., Administrator of the ESTATE OF ESTHER DAVIS, Deceased,<br><br>Plaintiff,<br>v.<br><br>SOLARIS OILFIELD SITE SERVICES OPERATING, LLC, a Foreign Entity; and MARC GOMEZ, an Individual<br><br>Defendants. | CIVIL DIVISION<br><br>No.: |

### PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION

TO: THE PROTHONOTARY

    Kindly issue a Writ of Summons in Civil Action in the above action.

Respectfully submitted,

**OGG, MURPHY & PERKOSKY, P.C.**

_____
Gary J. Ogg, Esquire
David Kennedy Houck, Esquire
Eve M. Elsen, Esquire

*Counsel for Plaintiff*